IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE FRANK WRIGHT, JR.,

    Plaintiff,

  v.                                                        Case No. 20-cv-668-wmc

WEST BEND,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

  /s/                                                 5/4/2021
Peter Oppeneer, Clerk of Court                Date